CAROLINE TURCO, OSB 083813
Senior Deputy City Attorney
caroline.turco@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ZIPPORAH LOMAX,** | 3:22-cv-01079-SB |
| **PLAINTIFF,** | |
| | OFFER OF JUDGMENT |
| v. | |
| **CITY OF PORTLAND, a municipal corporation, Portland Police Bureau ("PPB") Police Officers ("P.O.") JOHN DOEs 1-5, (the names John Doe being fictitious, as the true names and shield numbers are not presently known), in their individual capacities,** | |
| **DEFENDANTS.** | |

Pursuant to Fed. R. Civ. P. 68, defendant City of Portland hereby offers to allow judgment in the above-captioned matter to be taken against it by plaintiff Zipporah Lomax for the sum of ten thousand one and 00/100 Dollars ($10,001), plus costs and reasonable attorneys' fees to be determined by the Court, incurred as of the date of this offer.  This Offer of Judgment is made for the purposes specified in Rule 68, Federal Rules of Civil Procedure, and is not to be construed either as an admission that the defendants are liable in this action, or that the plaintiff has suffered damages.  Any Judgment entered as a result of this offer must state that the Judgment shall not be construed as an admission of liability nor an admission that plaintiff suffered any damages.  Any

Page  1  –  OFFER OF JUDGMENT

Judgment entered as a result of this offer shall act as a preclusive bar to any other legal action by plaintiff against Defendant City of Portland or any of its officers, agents or employees arising out of the subject matter of plaintiff's action.

This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

*/s/ Caroline Turco*
CAROLINE TURCO, OSB #083813
Senior Deputy City Attorney
Telephone: (503) 823-4047
*Of Attorneys for Defendant City of Portland*

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing OFFER OF JUDGMENT on:

>Jane L Moisan
>People's Law Project
>818 SW 3rd Ave, #221-3789
>Portland, OR  97204
>*Of Attorneys for Plaintiff*

on July 27, 2023, by causing a full, true and correct copy thereof, addressed to the last-known address (or fax number) of said attorney, to be sent by the following method(s):

☒      by **mail** in a sealed envelope, with postage paid, and deposited with the U.S. Postal Service in Portland, Oregon.

☐      by **hand delivery.**

☐      by **email** pursuant to LR 5-2(b).

☐      by **facsimile transmission.**

☒      by **email.**

>*/s/ Caroline Turco*
>CAROLINE TURCO, OSB #083813
>Senior Deputy City Attorney
>Telephone: (503) 823-4047
>*Of Attorneys for Defendant City of Portland*