IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ZIPPORAH LOMAX,<br><br>           Plaintiff,<br><br>           v.<br><br>CITY OF PORTLAND, JOHN DOES 1-5,<br><br>           Defendants. | Case No. 3:22-cv-01079-SB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS |

**BECKERMAN, U.S. Magistrate Judge.**

      After Plaintiff Zipporah Lomax ("Lomax") accepted an Offer of Judgment (ECF No. 22), the Court entered judgment in favor of Lomax. (ECF No. 23.) On August 22, 2023, Lomax filed an Amended Motion for Attorney Fees and Costs. (ECF No. 25.) Defendant City of Portland (the "City") does not oppose the motion. Accordingly, the Court GRANTS Lomax's Amended Motion for Attorney Fees and Costs (ECF No. 25), and orders the City to pay Lomax $16,632.00 in attorney fees and $465.50 in costs.

      **IT IS SO ORDERED.**

      DATED this 7th day of September, 2023.

                                                    HON. STACIE F. BECKERMAN
                                                    United States Magistrate Judge